UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TOLERICO,<br><br>  Plaintiff,<br><br>  v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>  Defendants. | No. 2:20-cv-02837-SAB-PJWx<br><br>**ORDER TO SHOW CAUSE** |

On May 14, 2020, the Court granted the parties' Joint Stipulation to Stay Proceeding Pending Settlement, ECF No. 19. All pending deadlines were stayed for 60 days. Nothing further has been filed in this action since that Order.

//
//
//
//
//
//
//
//
//
//

**ORDER TO SHOW CAUSE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Within 10 days from the date of this Order, the parties are ordered to show cause as to the status of this case.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 26th day of January 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER TO SHOW CAUSE ~ 2**