UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TOLERICO,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:20-cv-02837-SAB (PJWx)<br><br><br><br>**ORDER DISMISSING CASE**<br><br>**[ECF NO. 25]** |

Before the Court is the parties' Joint Stipulation of Dismissal of Plaintiff Frank Tolerico's Claims Without Prejudice, ECF No. 25. The parties stipulate that Plaintiff's claims in the above-captioned matter be dismissed without prejudice with each party to bear its own costs.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal of Plaintiff Frank Tolerico's Claims Without Prejudice, ECF No. 25, is accepted and entered in the record.

2. Plaintiff's claims against all parties in the above-captioned action are **DISMISSED** without prejudice with each party to bear their own fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel and **close** the file.

**DATED** this 26th day of July 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING CASE ~ 2**